IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-5-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL PAUL SHURKO, | ) | |
| | ) | |
| Defendant. | ) | |

On August 18, 2021, Michael Paul Shurko ("Shurko") moved for early termination of his supervised release [D.E. 3]. The court has reviewed the motion and the record. Shurko's probation officer will advise the court of Shurko' performance on supervised release, the status of Shurko's financial obligations, and whether the probation officer recommends early termination. Shurko and the United States may then respond to the probation officer's update.

SO ORDERED. This 20 day of August 2021.

JAMES C. DEVER III
United States District Judge