IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-5-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHAEL PAUL SHURKO, ) | |
| ) | |
| Defendant. ) | |

On August 18, 2021, Michael Paul Shurko ("Shurko" or "defendant") moved pro se for early termination of supervised release [D.E. 3]. Shurko's supervised release began on June 3, 2015. See [D.E. 5]. On August 31, 2021, Shurko's probation officer notified the court that Shurko is compliant and has benefitted from treatment, but the probation office does not recommend early termination of Shurko's supervised release [D.E. 5]. On September 7, 2021, the government responded in opposition [D.E. 7].

In deciding Shurko's motion, the court has considered the entire record. Shurko engaged in serious criminal behavior involving possession of child pornography. See [D.E. 7] 2–4. On August 14, 2014, the United States District Court for the Western District of Texas sentenced Shurko to 24 months' imprisonment and 10 years' supervised release. See [D.E. 1-1] 2–3; [D.E. 1-2] 2–3. Shurko has been compliant while on supervised release. See [D.E. 7]; cf. Pepper v. United States, 562 U.S. 476, 491 (2011).

In light of the record, the court finds that defendant needs continued supervision and treatment. The court DENIES defendant's motion [D.E. 3].

SO ORDERED. This _21_ day of September, 2021.

                                                  JAMES C. DEVER III
                                                  United States District Judge